**Opinion issued March 21, 2023**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-22-00231-CV

————————————

**FEDEX FREIGHT, INC. AND DAVID FOREHAND, Appellants**

**V.**

**JACK CARGAL AND ANDREW CARGAL, Appellees**

---

**On Appeal from the 334th District Court**
**Harris County, Texas**
**Trial Court Case No. 2018-80520**

---

## MEMORANDUM OPINION

Appellants, FedEx Freight, Inc. and David Forehand, filed a notice of appeal from the trial court's December 28, 2021 final judgment. On December 29, 2022, this appeal was abated, at the parties' request, to allow the parties an opportunity to finalize their settlement agreement. On March 14, 2023, appellants and appellees,

Jack Cargal and Andrew Cargal, filed a "Joint Motion to Dismiss Appeal," stating that they "ha[d] fully and finally settled the[ir] dispute." The parties requested that this Court "dismiss this appeal" and order that the parties bear their own appellate costs. *See* TEX. R. APP. P. 42.1(a)(2), (d). No opinion has issued. *See* TEX. R. APP. P. 42.1(c).

Accordingly, we reinstate the appeal on the Court's active docket. The motion to dismiss is granted, and the appeal is dismissed. *See* TEX. R. APP. P. 42.1(a)(2), 43.2(f). We direct the Clerk of this Court that costs are to be taxed against the parties who incurred the same. *See* TEX. R. APP. P. 42.1(d). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Landau, Countiss, and Guerra.